William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE LSA 340,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware Limited Liability Company; and RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 3:23-cv-01165-CRB<br><br>*Honorable Judge Charles R. Breyer*<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFF JANE DOE LSA 340'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, William A. Levin, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Founding Partner at the law firm Levin Simes LLP, and counsel of record for Plaintiff Jane Doe LS 340 and all twenty-two Plaintiffs in the related actions. I make this declaration of my personal knowledge. If called as a witness, I could and would competently

1

CASE NO. 3:23-cv-01165-CRB      DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFF'S ADMIN
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1. testify to the matters set forth herein.

2. This declaration is made in support of Plaintiff Jane Doe LSA 340's Administrative Motion To Consider Whether Cases Should Be Related.

3. A true and correct copy of Jane Doe LS 238 v. Uber Technologies, Inc. et al, Complaint for Damages and Demand for Jury Trial, United States District Court, Northern District of California, San Francisco Division (August 24, 2023) is attached hereto as **Exhibit A.**

4. A true and correct copy of the Panel on MDL's Transfer Order., MDL No. 3084, 1-2, ECF No. 94 (Oct. 4, 2023) is attached hereto as **Exhibit B.**

5. Uber has informed Plaintiffs that Defendants in the actions reserve all rights to petition the Ninth Circuit for a writ of mandamus regarding the Judicial Panel on Multidistrict Litigation's October 4, 2023 order; Defendants otherwise take no position on Plaintiff's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 18, 2023, in San Francisco, California.

*/s/ William A. Levin*
William A. Levin
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 18, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: October 18, 2023                                                        */s/ William A. Levin*