IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LSA 340,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-01165-CRB<br><br>**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff Jane Doe LSA 340 has filed an administrative motion to relate twenty-two cases to this action and to coordinate the cases as part of In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, 3:23-md-03084-CRB. Dkt. No. 44. Both the instant case and the twenty-two cases listed in the plaintiff's motion have already been related to, and coordinated for pretrial proceedings in, the In re: Uber multidistrict litigation. The motion is therefore denied as moot.

**IT IS SO ORDERED.**

Dated: November 22, 2023

CHARLES R. BREYER
United States District Judge